

Couch White, LLP
540 Broadway
P.O. Box 22222
Albany, New York 12201-2222
(518) 426-4600

Donald J. Hillmann

Direct Dial:  (518) 320-3438
Telecopier: (518) 320-3493
email: dhillmann@couchwhite.com

March 1, 2013

**VIA ECF**

Hon. Andrew T. Baxter, U.S. Magistrate Judge
Federal Building and U.S. Courthouse
P.O. Box 7396
Syracuse, New York 13261-7396

    Re:    *Gordon v. Clark, et al.*
              Index No.: 9:11-CV-585(TJM/ATB)

Dear Judge Baxter:

    In accordance with the Court's order following the January 28, 2013 status conference, Plaintiff's Counsel hereby notifies the Court that all requested outstanding discovery items were provided by opposing Counsel via email on January 30, 2013. Counsel therefore verifies that discovery is in fact complete, and the above referenced case is ready to be placed on the Court's trial calendar.

                          Respectfully submitted,

                          COUCH WHITE, LLP

                          Donald J. Hillmann

DJH/lag
S:\DATA\Client14 15401-15700\15606\correspondence\Baxter 3-1-13.doc